IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **ANGIE L. NORPHLET,** )<br>)<br>)<br>)<br>    Plaintiff,           )<br>)<br>v.                         )<br>)<br>**PINNACLE AIRLINES, INC.,** )<br>)<br>    Defendant.         ) | No. 09-2328 |

**ORDER STAYING CASE AND CLOSING IT ADMINISTRATIVELY**

Defendant Pinnacle Airlines is currently in bankruptcy proceedings. There has been no activity in the case for more than two years. The Court deems it appropriate to stay this matter and close it administratively until counsel advise that this matter may be restored to the Court's active docket.

So ordered this 15th day of August, 2012.

                                    s/ Samuel H. Mays, Jr._____
                                    SAMUEL H. MAYS, JR
                                    UNITED STATES DISTRICT JUDGE